# IN THE UNITED STATES DISTRICT COURT FOR THE
## SOUTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| vs. | : CRIMINAL NO.: 25-00020-KD-B |
| DOUGLAS McARTHUR WATTS, JR. | : |

## ACCEPTANCE OF GUILTY PLEA AND ADJUDICATION OF GUILT

Pursuant to the Report and Recommendation of the United States Magistrate Judge (Doc. 92) and without any objection having been filed by the parties, Defendant Douglas McArthur Watts, Jr.'s plea of guilty to Count One of the Indictment charging conspiracy to possess with intent to distribute methamphetamine, is accepted and Defendant is adjudged guilty of such offense.

A sentencing hearing has been scheduled for **January 9, 2026, at 9:00 a.m.** in Courtroom 4B of the United States Courthouse, 155 St. Joseph St., Mobile, Alabama 36602.

**DONE and ORDERED** this the 15th day of July 2025.

s/ Kristi K. DuBose
KRISTI K. DuBOSE
UNITED STATES DISTRICT JUDGE